IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
|---|---|
| JAMES ROBERT WERNER, SR. DEBORAH LYNN WERNER, | NO. 10-72202 JUDGE: Barbosa(Rockford) |
| DEBTORS | |

## NOTICE OF MOTION

**Notified via Electronic Filing**
U.S Trustee, 780 Regent St., Suite 304, Madison, WI 53715
Bernard J. Natale, 6833 Stalter Dr., Suite 201, Rockford, IL 61108
Forrest L. Ingram, Forrest L. Ingram, P.C., 79 W. Monroe Street, Suite 900, Chicago, IL 60603

**Notified via US Postal Service**
James Robert Werner, Sr., 500 Skyline Dr., Algonquin, IL 60102
Deborah Lynn Werner, 500 Skyline Dr., Algonquin, IL 60102

Please take notice that on the 12th of May, 2010 at the hour of 9:30 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Manuel Barbosa, First Floor Courtroom at the United States Bankruptcy Court, 211 S Court St, Rockford, IL 61101 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 2121 Waukegan Road, Suite 301, Bannockburn, IL 60015, before the hour of 5:00 PM on May 5, 2010, unless a copy was provided electronically by the Clerk of the Court.

Respectfully Submitted,

/s/ Michael J. Kalkowski
Michael J. Kalkowski

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
10-039260

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
| JAMES ROBERT WERNER, SR. DEBORAH LYNN WERNER, | NO. 10-72202 JUDGE: Barbosa(Rockford) |
| DEBTORS | |

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES the Movant, JPMorgan Chase Bank, National Association, by and through its attorneys, Fisher and Shapiro, LLC, and moves this Court for the entry of an order modifying the automatic stay, pursuant to 11 USC § 362(d) and in support thereof states as follows:

1. That the Debtors filed a Petition for relief under Chapter 7 of the U.S. Bankruptcy Code on April 29, 2010.

2. That the Movant is a Creditor of the Debtors, pursuant to a note secured by a mortgage on the real property commonly known as: 8903 Latrec Ave., Orlando, FL 32819.

3. That the Debtors are in default under the terms of said note and mortgage for failure to make the installment payment due February 1, 2010, in the amount of $624.47 and each month thereafter.  That default does not include attorneys' fees, costs of collection and other advances and it does not constitute reinstatement.

4. That the indebtedness due Movant as of May 5, 2010, is in excess of $160,000.00.  Said indebtedness is currently due Movant after applying all offsets and credits due Debtors.

5. That the Debtors' schedules suggest that the fair market value of said property is approximately $70,000.00.

6.    That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

7.    That the Movant lacks adequate protection in that there is little or no equity in the premises and that the Debtors are not making payments to the Movant as provided by the mortgage and note.

8.    That the subject property is not necessary for an effective reorganization and the Movant is entitled to relief pursuant to 11 USC § 362(d).

9.    That the Movant wishes to be reimbursed for the costs and attorneys' fees of filing this motion.

10.    That, for the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

WHEREFORE, JPMorgan Chase Bank, National Association prays that this Court enter an order modifying the automatic stay to allow said creditor to foreclose the mortgage on the property known as:8903 Latrec Ave., Orlando, FL 32819; and that Federal Bankruptcy Rule 4001(a)(3) be waived.

                Respectfully submitted,

                /s/ Michael J. Kalkowski
                Attorney for JPMorgan Chase Bank, National Association

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
10-039260

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE