## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
| JAMES ROBERT WERNER, SR. DEBORAH LYNN WERNER, | NO. 10-72202 JUDGE: Barbosa(Rockford) |
| DEBTORS | |

### ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of JPMorgan Chase Bank, National Association, by and through its attorneys, Fisher and Shapiro, LLC, the Court having jurisdiction, being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That the automatic stay heretofore entered is modified to the extent necessary to allow JPMorgan Chase Bank, National Association to foreclose the mortgage on the real property commonly known as: 8903 Latrec Ave., Orlando, FL 32819.

2. That Federal Bankruptcy Rule 4001(a)(3) is not applicable to this order.

Dated: MAY 12 2010

Entered: _____
Bankruptcy Judge



EFFECTIVE 2-2-10

Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
10-039260